Henry J. Seggerman and Cassie Seggerman, appellants, v. John C. Wilkinson et al., appellees. Gen. No. 7,854.

Opinion filed August 28, 1928.

Edward F. Riely and Barnes, Magoon & Horton, for appellants. Sigmund Livingston, Smietanka, Rickard & Poulton and Fort & Fort, for appellees; Herbert M. Livingston, of counsel.

Mr. Justice Jett delivered the opinion of the court.

Gertrude Gault, appellee, v. John Gault, appellant. Gen. No. 7,862.

Opinion filed August 28, 1928.

Hall & Dusher, for appellant. B. A. Knight and William D. Knight, for appellee.

Mr. Justice Jett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Rene Silversmet, plaintiff in error. Gen. No. 7,878.

Opinion filed August 28, 1928.

Schriver & Schriver, for plaintiff in error. Benjamin S. Bell, State's Attorney, for defendant in error; Dan H. McNeal, of counsel.

Mr. Justice Jett delivered the opinion of the court.

Sarah A. Paul, appellee, v. William G. Boeke, appellant. Gen. No. 7,886.

Opinion filed September 4, 1928.

Elwyn R. Shaw, for appellant; Clarity & Vance, of counsel. Hyer & Gill, for appellee.

Per curiam.

Alma A. Volkers, plaintiff in error, v. Joseph P. Gordon, defendant in error. Gen. No. 7,874.

Opinion filed September 7, 1928.

Hall & Dusher, for plaintiff in error. David D. Madden, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.